Edward Morgenstern and Sybil Morgenstern, appellees, v. Mississippi Coal Corporation, appellant.

Opinion filed February 12, 1930.

M. C. Cook, for appellant. C. E. Feirich and W. O. Edwards, for appellees; Isaac K. Levy, of counsel.

Mr. Justice Newhall delivered the opinion of the court.

Harry Dortch, administrator of the estate of Eva Dortch, deceased, appellant, v. Alton & Eastern Railroad Company, appellee.

Opinion filed February 12, 1930.

M. R. Sullivan, for appellant. Keefe, Bandy & Listeman, for appellee.

Mr. Justice Newhall delivered the opinion of the court.

Goldie Poe, defendant in error, v. A. H. Whittington, plaintiff in error.

Opinion filed February 12, 1930.

Keefe, Bandy & Listeman, for plaintiff in error. McGlynn & McGlynn, for defendant in error.

Mr. Justice Newhall delivered the opinion of the court.

S. J. Gee et al., defendants in error, v. George C. Hoeppner et al., plaintiffs in error.

Opinion filed February 12, 1930. Rehearing denied March 17, 1930.

Linderman, Ramsdell & King, for plaintiffs in error. Shaw & Huffman, for certain defendants in error.

Mr. Justice Wolfe delivered the opinion of the court.